UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL SEPTIC & EXCAVATION, LLC, <br><br> Defendant. | Case No. 2:18-CV-198-RSL <br><br> ORDER GRANTING DEFAULT JUDGMENT |

This matter comes before the Court on plaintiffs' motion for order of default judgment. Dkt. #8. Having reviewed the motion and the supporting materials, the Court finds as follows.

The default entered against defendant Capital Septic & Excavation, LLC on March 27, 2018 established the well-pleaded allegations of the complaint pertaining to liability. Dkt. #7. Judgment in favor of plaintiffs and against defendant is therefore appropriate. It is hereby ORDERED that default judgment is entered against defendant, as follows:

1. For the period of June 2016 through to October 2017, for fringe benefit contributions and wage deductions of $20,249.50;

2. For the period of June 2016 through to September 2018, liquidated damages of $2,479.79, interest of $9,955.35, and auditor fees of $720.00;

3. Costs, in the amount of $505.00;

4. Reasonable attorney's fees, in the amount of $1,000.00.

ORDER GRANTING DEFAULT JUDGMENT - 1

For all the foregoing reasons, plaintiffs' motion for default judgment in GRANTED. The Clerk of Court shall enter judgment in favor of plaintiffs and against defendant as described above.

DATED this 19th day of November, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge